~~LODGED~~ FILED

2021 DEC 21 PM 3:31

ORIGINAL

JB

CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ADITHYA MANI (Bar No. 301880)
(E-Mail: adithya_mani@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DOE EXEE,<br>Defendant. | Misc. Case No. 21MJ05714<br><br>**UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER; DECLARATION OF COUNSEL** |

Deputy Federal Public Defender Adithya Mani hereby applies to this Court for an Order appointing the Office of the Federal Public Defender to represent Doe Exee in the above entitled matter.

This application is based upon the accompanying declaration of counsel and the CJA Form 23 Financial Affidavit, which is being filed under separate cover in camera.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: December 20, 2021

*/s/ Adithya Mani*

ADITHYA MANI
Deputy Federal Public Defender

**DECLARATION OF ADITHYA MANI**

I, Adithya Mani, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Office of the Federal Public Defender in the Central District of California.

2. Mr. Exee contacted our office seeking representation because he is a target of an ongoing FBI investigation.

3. Mr. Exee has completed a financial affidavit, with my assistance, for the Court's consideration of his request for appointment of counsel. Mr. Exee gave me permission to sign the financial affidavit on his behalf.

4. It is my belief that Mr. Exee could benefit from appointment of counsel, and accordingly, I request that this Court appoint the Office of the Federal Public Defender to represent Mr. Exee.

5. Assistant United States Attorney Gregory Bernstein informed my office that the government does not object to the appointment of counsel, if the Court determines Mr. Exee qualifies.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: December 20, 2021

*/s/ Adithya Mani*
ADITHYA MANI
Deputy Federal Public Defender

**PROOF OF SERVICE**

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER; DECLARATION OF COUNSEL** on the following individual(s) by:

| | | | |
|---|---|---|---|
| [X] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [ ] Faxing same via facsimile machine addressed as follows: |

Gregory Bernstein, AUSA
United States Attorney's Office
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

This proof of service is executed at Los Angeles, California, on **December 21, 2021**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Kimberly Lopez